DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and | ) | |
| PEOPLE OF THE VIRGIN ISLANDS, | ) | |
| Plaintiff, | ) | CRIMINAL NO. 2014/00035 |
| | ) | |
| Vs. | ) | POSSESSION OF PRISON CONTRABAND |
| | ) | SIMPLE POSSESSION OF MARIJUANA, ETC. |
| SUHMEID MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO: Honorable Wilma A. Lewis, Chief Judge
   AUSA Rhonda Williams-Henry
   Kye Walker, Esq.
   U.S. Marshal Service
   U.S. Probation & Pretrial Services

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11 and LRCr 56.1(b)(14)(A) and has entered a plea of guilty to Count 1 of the Superseding Indictment – Possession of Prison Contraband. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count 1 – Possession of Prison Contraband, is supported by an independent basis in fact containing each of the essential elements of such offenses. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly

Dated: September 8, 2014

GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE