DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and PEOPLE OF THE VIRGIN ISLANDS,<br>v.<br><br>SUHMEID MORRIS,<br><br>Defendant. | Criminal Action No. 2014/00035<br><br>Charges: [1] |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant as to Count 1 (Possession of Prison Contraband) of the Indictment is accepted and the Defendant is adjudged guilty of such offense. A sentencing hearing will be scheduled and conducted pursuant to separate notice.

**SO ORDERED.**

Date: October 1, 2014

_____
WILMA A. LEWIS
Chief Judge

---

[1] Count 1 - Possession of Prison Contraband
Count 2 - Possession of Prison Contraband
Count 3 - Promoting Dangerous Prison Contraband
Count 4 - Possession of Prison Contraband
Count 5 - Simple Possession of Marijuana